AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WAPATO HERITAGE, LLC,

v.

UNITED STATES OF AMERICA UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF INDIAN AFFAIRS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-177-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion to Dismiss and Alternatively Motion for Summary Judgment is GRANTED.  All of Plaintiff's remaining causes of action are DISMISSED.

November 6, 2009
*Date*

JAMES R. LARSEN
*Clerk*

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer